IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Grant Anderson Junior
7554 South Arbory Lane
Laurel, MD 20707

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Dept of Public Safety & Corr.
6776 Reistertown RD # 309
Baltimore, MD 21215

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. TJS 22CV2470
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☒ No
*(check one)*

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Grant Anderson Jr
Street Address: 7554 S. Arbory Lane
City and County: Laurel
State and Zip Code: 20707
Telephone Number: (202) 910-0763
E-mail Address:

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Dept of Public Safety & Corrections
Job or Title (if known):
Street Address: 6776 Reisterstown Rd. #309
City and County: Baltimore, Maryland
State and Zip Code: Maryland 21215
Telephone Number: (410) 585-3060
E-mail Address (if known):

2

Defendant No. 2

- Name: State of Maryland
- Job or Title (if known): Attorney General Brian Frosh
- Street Address: St. Paul Plaza 200 St. Paul Place
- City and County: Baltimore County, Baltimore
- State and Zip Code: Maryland 21202
- Telephone Number: (410) 576-6300
- E-mail Address (if known):

Defendant No. 3

- Name: Prince Georges Co. Police Dept
- Job or Title (if known): Police Department
- Street Address: 7600 Barlowe Road
- City and County: Hyattsville, P.G. County
- State and Zip Code: Maryland 20785
- Telephone Number: (301) 772-4900
- E-mail Address (if known):

Defendant No. 4

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Ex Post Facto Clauses violations Article 17, MD. Constitution and Federal Constitution Article 1, Section 9, clauses 3 & 10

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

        The plaintiff, *(name)* Grant Anderson is a citizen of the State of *(name)* Maryland.

    b. If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* Dept of Public Safety, is incorporated under the laws of the State of *(name)* Maryland, and has its principal place of business in the State of *(name)* Maryland. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)* See additional page attached hereto

3. The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

   Plaintiff seeks Declaratory and injunctive relief enjoining defendants from violating plaintiff rights under Federal & State laws

5

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff is a DC Code offender who moved to the State of Maryland in June 2021. The District of Columbia, through CSOSA, transferred plaintiff's entire file to the P.G. County Sheriff's Department in June 2021, thus relinquishing jurisdiction over plaintiff. Plaintiff was unfortunately convicted of attempted sexual assault in August 1988. Plaintiff was subsequently sentenced to 15 years to life where plaintiff spent 20 and one half years imprisonment. Neither plaintiff's original order or resentencing in March 1991 mandated that plaintiff register. Nonetheless, plaintiff was compelled, after release from federal prison, to participate in programs, lie detector exams, psychological evaluations, thirty day GPS monitors, etc notwithstanding infringement upon constitutional and civil rights. Plaintiff's parole was terminated for good behavior.

Upon leaving the District of Columbia to reside in P.G. County Maryland, plaintiff merely had "two" registration requirement: report upon moving, working and/or school enrollment.

Maryland authorities nonetheless, imposed thirteen (13) new requirements. Plaintiff requested to be terminated from the registry program via Sheriff's Department, because plaintiff's conviction occurred well before the Maryland 1992 sex offender registration to no avail.

6

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Plaintiff seeks relief in the form of injunctive relief barring or enjoining defendants from enforcing the 1992 sex offender provision on plaintiff; declaratory judgment that defendants are and have been violating plaintiff's rights under Federal law and Maryland's State Constitution.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-7, 2022

Signature of Plaintiff   *Grant Anderson Jr.*
Printed Name of Plaintiff   Grant Anderson Junior

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

B. **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Address  _____
Telephone Number  _____
Email Address  _____