IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GRANT ANDERSON, JR., | * | |
| Plaintiff, | * | |
| v. | * | Civil No. TJS-22-2470 |
| DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES, *et al.*, | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \*

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, Motion to Dismiss or, in the Alternative Motion for Summary Judgment (ECF No. 40) filed by Defendants the Department of Public Safety and Correctional Services and the State of Maryland is **GRANTED** and all claims are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall mail a copy of this Order and the Memorandum Opinion to Plaintiff and **CLOSE** this case.

Date: April 4, 2024

/s/
Timothy J. Sullivan
United States Magistrate Judge